FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MAY 0 9 2013

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13cr *121* |
| | § | Judge *Schell* |
| JOHN ZIEGLER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 641
(Theft of Government Money or Property)

From on or about February 1, 2010, through on or about September 30, 2012, in the

Eastern District of Texas, the defendant, **John Ziegler**, wilfully and knowingly did steal,

embezzle and convert Social Security trust fund monies, of the value of $23,654.00, being

monies of the United States, in violation of 18, U.S.C. § 641.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Pursuant to 18 U.S.C. § 981(a)(1)© and 28 U.S.C. § 2461

As the result of committing the violation alleged in this Indictment, the defendant shall forfeit to the United States of America all property, real or personal, that constitutes or is derived from proceeds traceable to the aforementioned violation, including but not limited to the following:

### Cash Proceeds

Approximately $23,654.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the foregoing offenses alleged in this Indictment.

### Substitute Assets

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant -

(a)   cannot be located upon the exercise of due diligence;
(b)   has been transferred or sold to, or deposited with a third person;
(c)   has been placed beyond the jurisdiction of the court;
(d)   has been substantially diminished in value; or
(e)   has been commingled with other property which cannot be subdivided without difficulty;·

it is the intent of the United States, pursuant to 18 U.S.C. § 982(a)(4), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

JOHN ZIEGLER - INDICTMENT

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

JOHN M. BALES
United States Attorney

_____
M. Andrew Stover
Assistant United States Attorney
Texas State Bar No. 19349300
101 East Park Boulevard, Suite 500
Plano, Texas  75074, (972) 509-1201

May 8, 2013
_____
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v | § | No: 4:13cr |
| | § | Judge |
| JOHN ZIEGLER | § | |

## NOTICE OF PENALTY

### Count One

Violation:        18 U.S.C. § 641

Penalty:          A term of imprisonment of not
                  more than 10 years, a fine of not
                  more than $250,000.00 or both.  A
                  term of supervised release of not
                  more than 3 years.

Special
Assessment:       $100.00